―――0―――

STATE OF MISSOURI to use of SAMUEL T. DAVIS, Adm. of FRANCIS M. McCLOUD, Plaintiff in Error, *vs.* L. W. MAULSBY, *et al.*, Defendants in Error.

State to the use of Hunter vs. Maulsby, *ante*, p. 500, affirmed.

*Error to New Madrid Circuit Court.*

*Louis Houck and S. T. Davis*, for Plaintiff in Error. See brief in prior cause.

*Hatcher & Watkins*, for Defendants in Error.

VORIES, Judge, delivered the opinion of the court.

This case is similar in all particulars to the case of " The State to the use of Hunter against Maulsby," decided at the present term, and for the reasons given in that case the judg- ment of the Circuit Court must be reversed and the cause re- manded.

Judge Sherwood absent. The other Judges concurring, the judgment is reversed and the cause remanded.